PROB 12C
(06/15)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Joey Garza | Case Number: | 5:16CR00777-S-002 |
| | | | 1:18-MJ-438 |
| Name of Sentencing Judge: | The Honorable Marina Garcia Marmolejo | | |
| Date of Original Sentence: | October 31, 2017 | | |

Original Offense:  Count One: Conspiracy to transport and move and attempt to transport and move an undocumented alien within the United States by means of transportation and otherwise, 8 U.S.C. § 1324(a)(1)(A)(ii), 1324(v)(I), and (a)(1)(B)(i)

Count Two: Transport and move and attempt to transport and move an undocumented alien within the United States by means of transportation and otherwise, for private financial gain, 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(v)(II) and (a)(1)(B)(i)

Count Three: Transport and move and attempt to transport and move an undocumented alien within the United States by means of transportation and otherwise, for private financial gain, 8 U.S.C. § 1324(a)(1)(A)(ii), 1324(v)(II) and (a)(1)(B)(i)

Original Sentence:  24 months custody as to Counts One, Two, and Three, to be served concurrently, for a total of 24 months, three (3) years of supervised release as to Counts One, Two, and Three to be served concurrently for a total of three (3) years, substance abuse treatment and testing, not possess any controlled substance without a valid prescription, may not use or possess alcohol, may not purchase, possess, distribute, administer, or use any psychoactive substances, including synthetic marijuana, mental health, 25 hours of community service, vocational training, educational service program, and $300 special assessment fee

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: | 2/16/2018 |
| Assistant U.S. Attorney: | Jose Angel Moreno | Defense Attorney: | Oscar J. Pena, Sr. |

### EARLIER COURT ACTION

None

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By _____
Deputy Clerk

RE: Joey Garza 2
Dkt. No. 5:16CR00777-S-002

## PETITIONING THE COURT

**TO ISSUE A WARRANT for the offender located at Laredo, Texas.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | DRUG POSSESSION, USAGE, DISTRIBUTION OR ADMINISTRATION |

On April 25, 2018, the offender provided a urine sample, which tested positive for cocaine.

On May 10, 2018, Sr. USPO Edgar Cardenas made an unannounced home contact to discuss offender's drug use and to collect a urine specimen. USPO Cardenas was met by offender's brother, Gerardo, who advised that offender was at work.

On May 11, 2018, the offender reported to the U.S. Probation Office. He was confronted as to his drug use. The offender denied any drug use. He informed he attended a party with his girlfriend and that people were smoking crack. A urine specimen was collected, which resulted positive for marihuana.

| 2 | YOU MUST NOT COMMUNICATE OR INTERACT WITH SOMEONE YOU KNOW IS ENGAGED IN CRIMINAL ACTIVITY |
| --- | --- |

The offender attended a party/establishment where patrons were consuming an illegal narcotic, and therefore was present while criminal activity was being conducted. The offender acknowledged the violation but did not think he would test positive.

| 3 | FAILURE TO FOLLOW U.S. PROBATION OFFICER'S INSTRUCTIONS |
| --- | --- |

The offender had been previously instructed by the probation officer to refrain from the use of controlled substances. He was also advised that the use of controlled substances is contrary to the rules and regulations of the treatment agency and against the conditions of his supervised release. As evidenced by the above, he failed to follow instructions.

**U.S. Probation Officer's Recommendation:**

A warrant be issued and no bond be set.

**RE:   Joey Garza** 3
**Dkt. No. 5:16CR00777-S-002**

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:                                              Respectfully submitted,

By: _____ for

_____
Francisco X. Castillo, Supervising
United States Probation Officer

Francisco Alvarez, Jr.
United States Probation Officer
May 17, 2018

RE: Joey Garza
Dkt. No: 5:16CR00777-S-002

4

THE COURT ORDERS:

[ ] No Action

[x] The Issuance of a Warrant, and no bond.

[ ] The Issuance of a Warrant, and no bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of Criminal Case Number _____.

[ ] The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of the case currently known as _____.

[ ] That the defendant be summoned to appear before the Court on _____ at _____ for a Supervised Release violation hearing to show cause why his Supervised Release should not be revoked.

[ ] That the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition in case #_____.

[ ] That the defendant be brought before the Court to show cause why his supervision should not be revoked on _____ at _____.

[ ] Other:

_____
Marina Garcia Marmolejo
U. S. District Judge

May 23, 2018
Date